■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOYCE ANN JONES, Appellant.—Appeal from a judgment of the County Court of Albany County (Harris, J.), rendered September 5, 1985, upon a verdict convicting defendant of the crime of grand larceny in the third degree.

The sentence imposed was in all respects lawful and we decline to substitute our discretion for that of the trial court (see, People v Suitee, 90 AD2d 80).

Judgment affirmed. Kane, J. P., Casey, Weiss, Mikoll and Harvey, JJ., concur.